# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-4897
_____

MONICA M. HOUSE aka MONICA
M. LIGHTFOOT,

Appellant,

v.

MORNINGSIDE FUNDING, LLC,

Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
Francis J. Allman, Judge.

February 6, 2018

PER CURIAM.

AFFIRMED.

KELSEY, WINOKUR, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

David H. Abrams, Tallahassee, for Appellant.

Robert J. Hynds, Fort Myers, for Appellee.